USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 19 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :     INDICTMENT

          v.                            :     07 Cr.

MARTIN AMOAH,                           :
     a/k/a "Michael Taquan Thompson"
     a/k/a "Isaac Abrokwah"                   07 CRIM   974

               Defendant.               :

- - - - - - - - - - - - - - - - - - x

                    COUNT ONE

     The Grand Jury charges:

     1.   On or about August 11, 2005, in the Southern District of New York, MARTIN AMOAH, a/k/a "Michael Taquan Thompson," a/k/a "Isaac Abrokwah," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, AMOAH, falsely claiming to be someone he is not, submitted an application for a United States passport in another individual's name and using identification documents belonging to that other individual.

     (Title 18, United States Code, Section 1542.)

COUNT TWO

The Grand Jury further charges:

2. On or about August 11, 2005, in the Southern District of New York, MARTIN AMOAH, a/k/a "Michael Taquan Thompson," a/k/a "Isaac Abrokwah," the defendant, unlawfully, willfully, and knowingly, during and in relation to a felony violation enumerated in Section 1028A(c) of Title 18, to wit, the felony offense charged in Count One, did transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, AMOAH used another individual's birth certificate and social security number without lawful authorization to apply for a United States passport.

(Title 18, United States Code, Section 1028A.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARTIN AMOAH,
a/k/a "Michael Taquan Thompson"
a/k/a "Isaac Abrokwah"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1028A, 1542)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]* Oct. 19, -07
Foreperson.

*[handwritten: RC 10/19/07]*

*[handwritten: (Indictment filed, Judge Preska assigned)]*