UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA         :

         v.                                    :

MARTIN AMOAH,                            :

         Defendant.              :

--------------------------------------------------------x

**NOTICE OF MOTION**

07 Cr. 974 (LAP)

     **PLEASE TAKE NOTICE**, that upon the annexed affirmations of Martin Amoah and Fiona Doherty, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing statements obtained from Mr. Amoah in violation of <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and the Fifth and Sixth Amendments to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such other further relief as the Court deems just and proper.

Dated:  New York, New York
          December 13, 2007

                                      LEONARD F. JOY, ESQ.
                                      Federal Defenders of New York
                                      Attorney for Defendant
                                      **MARTIN AMOAH**
                                      52 Duane Street - 10th Floor
                                      New York, New York 10007
                                      Tel.: (212) 417-8764

                                      _____
                                      **FIONA DOHERTY, ESQ.**
                                      <u>Of Counsel</u>

TO:    **MICHAEL J. GARCIA, ESQ.**
      United States Attorney
      Southern District of New York
      One. St. Andrew's Plaza
      New York, New York 10007
      Attn: **DAVID O'NEIL, ESQ.**
          Assistant United States Attorney