UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA         :

          v.                              :

MARTIN AMOAH,                    :

          Defendant.          :

--------------------------------------------------------x

**AFFIRMATION**

07 Cr. 974 (LAP)

      I, Martin Amoah, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

      1.    I am the defendant in the above-captioned case, and I make this affirmation in support of a motion pursuant to Federal Rules of Criminal Procedure 12 and 41 to suppress custodial statements obtained by law enforcement authorities in violation of my rights under the United States Constitution. Since the purpose of this affirmation is to demonstrate that my constitutional rights were violated, my attorney has advised me that it is not necessary to include every detail of what occurred, and I have not done so.

      2.    On or about August 20, 2007, I was stopped at John F. Kennedy Airport and instructed to remain in a hallway. I was told that agents would come and talk to me. I was not free to leave.

      3.    Two agents came to talk to me. When I recognized the name of one of the agents, he asked me why neither I nor my aunt had followed up with him. I made statements in response to his question.

      4.    The agents subsequently advised me of my <u>Miranda</u> rights. I was informed of these rights only after I had already made statements to the agents.

5.   Once I had been informed of my rights, I informed the agents that I wanted a lawyer for any further questioning.

6.   After this, the agents continued questioning me. One of the agents told me that he could not help me if I would not talk to them. As a result, I made some additional statements.

7.   Based on my conversations with my lawyer, I believe my rights under the United States Constitution were violated.

**WHEREFORE**, it is respectfully requested that this Court enter an order suppressing these custodial statements.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated:   New York, New York
         December 7, 2007

_____
**Martin Amoah**

2