

**Diplomatic Security Service**
**New York Field Office**

# REPORT OF INVESTIGATION

| DS Case Number | Case Title | ROI Type | Report Date |
|---|---|---|---|
| ■■■ | THOMPSON, MICHAEL TAQUAN | CASE INTERIM | 14-OCT-07 |
| **Case Type** | **Program** | **Dates Investigated** | |
| CRIMINAL | PASSPORT FRAUD | 20-OCT-05 - | |
| **Case Impact** | **Case Status** | **Open/Close Case Dates** | |
| | OPEN - PENDING TRIAL / PLEA | 23-AUG-07 | |

[redacted]

| Reporting Official: | Distribution: |
|---|---|
| Milliman, Gregory J | |
| SA         Oct-14-07 00:00 | |
| **Approving Official(s):** | |

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.

Page 1 of 4

LAW ENFORCEMENT SENSITIVE

1



On 08/20/2007, RA received a call from a Customs and Border Patrol (CBP) officer. The officer said that AMOAH just arrived at JFK and has been escorted to secondary based on the TECS Lookout. SA Nick STANKEY, SA Eric DONELAN and RA arrived at JFK and met with SUBJECT. Agents introduced themselves and SUBJECT immediately recognized RA's name and stated that HE knows this is regarding the passport application. While RA was escorting SUBJECT to an interview room, SUBJECT apologized to RA for not contacting him again about the passport issue since calling from Africa about a year a ago. SUBJECT stated that HE wanted to call RA when HE returned from Africa but lost the telephone number. SUBJECT stated that HE was angry at HIS Aunt Carol because she also lost the number. RA escorted SUBJECT into interview room and advised HIM of HIS Miranda Rights at 1523. SUBJECT acknowledged all statements verbally and by initial. SUBJECT stated that HE did not want to waive HIS rights and said HE wanted a lawyer for further questioning. RA stopped questioning. RA placed a call to the Southern District of New York (SDNY) and left a message with the Assistant US Attorney (AUSA) on duty in an attempt to present case. At this point, RA returned to the interview room. SUBJECT asked RA to help HIM get out of this situation and repeated that HE was sorry for not contacting RA following the previous phone conversation. RA informed SUBJECT that HE would not continue to talk to HIM because HE stated earlier that HE wanted an attorney. SUBJECT stated that HE did want to talk and so they could resolve the situation. RA, once again, advised SUBJECT of Miranda Rights but SUBJECT refused to sign waiver. SUBJECT continued to state how sorry HE was and that HE should not have purchased the documents or applied for the passport. At 1600, AUSA David O'NEIL accepted criminal prosecution of case against SUBJECT. At approximately 1605, RA placed SUBJECT under arrest. SA STANKEY searched the SUBJECT and made an inventory of all possessions. SUBJECT signed a receipt for all items including $9,050 in cash. Consular notification made to Ghana. CBP placed a Detainer on SUBJECT and paroled HIM to RA for criminal prosecution.



This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.

Page 3 of 4

LAW ENFORCEMENT SENSITIVE

3