## YOUR RIGHTS

Place: JFK Secondary
Date: 20 AUG 07
Time: 1525 hrs.

m A    Before we ask you any questions, you must understand your rights.

m A    You have the right to remain silent.

m A    Anything you say can be used against you in court.

m A    You have the right to a lawyer for advice before we ask you any questions and to have him with you during your questioning.

m A    If you cannot afford a lawyer, one will be appointed for you before any questioning.

m A    If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _____

Witness: _____

Witness: _____

SUBJECT INVOKED RIGHT TO COUNSEL & RIGHT TO REMAIN SILENT.

Stankey SA2041

116