

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 3, 2008

By Facsimile
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Fax: (212) 805-7941

    Re:    United States v. Martin Amoah, 07 Cr. 974 (LAP)

Dear Judge Preska:

    The defendant filed a motion to suppress in the above-captioned case on December 13, 2007. Under this Court's scheduling order entered on November 29, 2007, the Government's response to the motion is currently due on Friday, January 4, 2008. The Government respectfully submits this letter to request a one-week extension of the date for filing its response, to January 11, 2008. The Government has begun preparing the response but needs additional time to finalize it. In addition, the Government proposes that the scheduling order be modified to permit the defendant to file his reply on January 18, 2008, one week after the Government's opposition. This request would not affect the hearing date on the motion, currently scheduled for February 29, 2008.

    I have conferred with Fiona Doherty, Esq., counsel for defendant Martin Amoah, and she consents to this request.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

               By:    _____
                         David A. O'Neil
                         Assistant United States Attorney
                         Tel. No.: (212) 637-2533

cc:    Fiona Doherty, Esq. (by facsimile: 212-571-0392)