# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

April 7, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**BY FAX**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

Re:   **United States v. Martin Amoah**
      07 Cr. 974 (LAP)

Dear Judge Preska:

I write on behalf of my client, Martin Amoah, to respectfully request that the Court modify Mr. Amoah's bail conditions. On August 21, 2007, the Honorable James C. Francis imposed the following bail conditions: (1) a $150,000 personal recognizance bond co-signed by three financially responsible persons; (2) travel restricted to the Eastern and Southern Districts of New York; (3) surrender of any travel documents (and no new applications); and (4) strict pretrial supervision. On September 17, 2007, the Honorable Frank Maas modified Mr. Amoah's bail conditions to reduce the number of signatories on the bond to two, rather than three.

We now respectfully ask that these conditions be modified to allow Mr. Amoah to travel to the District of Columbia for business reasons between April 23, 2008 and April 26, 2008. Mr. Amoah needs to oversee the inspection of a shipment of shoes, which are scheduled to leave from Dulles Airport. I have conferred with Assistant United States Attorney David A. O'Neil, who has consented to this request on behalf of the Government. If Your Honor grants our request, I ask that Chambers contact my paralegal, Ashleigh Georgia, at 212-417-8773 as I will be out of town this week.

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 7, 2008

Respectfully submitted,

*Fiona Doherty*
Fiona Doherty
Attorney for **Martin Amoah**
(212) 417-8734

cc:   Mr. David A. O'Neil, Esq. (by fax)

      Mr. Jason Lerman
      Pretrial Services Officer (by fax)