# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

April 21, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**BY FAX**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

Re: **United States v. Martin Amoah**
     07 Cr. 974 (LAP)

Dear Judge Preska:

I write on behalf of my client, Martin Amoah, to respectfully request that the Court modify Mr. Amoah's bail conditions to allow him to travel to Dallas, Texas between April 29, 2008 and May 2, 2008. On August 21, 2007, the Honorable James C. Francis imposed the following bail conditions: (1) a $150,000 personal recognizance bond co-signed by three financially responsible persons; (2) travel restricted to the Eastern and Southern Districts of New York; (3) surrender of any travel documents (and no new applications); and (4) strict pretrial supervision. On September 17, 2007, the Honorable Frank Maas modified Mr. Amoah's bail conditions to reduce the number of signatories on the bond to two, rather than three.

On April 7, 2008, Your Honor modified Mr. Amoah's bail conditions to allow him to travel to Dulles Airport between April 23, 2008 and April 26, 2008 to oversee the inspection of a shipment of shoes. This same shipment is now scheduled to leave from an airport in Dallas, Texas between April 29, 2008 and May 2, 2008. I misheard Mr. Amoah when he requested to travel to "Dallas" and apologize for the confusion in that regard. I have conferred with Assistant United States Attorney David A. O'Neil and Pre-Trial Services Officer Jason Lerman, who have both consented to Mr. Amoah's request to travel to Dallas.

*Travel to Dallas as set forth above is approved.*

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 22, 2008

Respectfully submitted,

*Fiona Doherty*
Fiona Doherty
Attorney for **Martin Amoah**
(212) 417-8734

cc: Mr. David A. O'Neil, Esq. (by fax)
    Mr. Jason Lerman
    Pretrial Services Officer (by fax)

TOTAL P.001