# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 23, 2008

**BY FAX**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Re:   **United States v. Martin Amoah**
      07 Cr. 974 (LAP)

Dear Judge Preska:

    I write on behalf of my client, Martin Amoah, to respectfully request that the Court extend Mr. Amoah's travel authorization from July 15, 2008 until July 18, 2008 because of problems with his airplane reservation with KLM. On June 13, 2008, the Court modified Mr. Amoah's bail conditions to allow him to travel home to Ghana between June 25, 2008 and July 15, 2008. Both the Government and Pretrial Services consented to the request for Mr. Amoah to travel to Ghana between June 25, 2008 and July 15, 2008.

    Mr. Amoah had a plane reservation to return to the United States on July 15, 2008, but he has recently been informed by KLM that this flight is full and that he has stand-by status only. If he does not make the flight on July 15, 2008, I understand that the next available flight is on July 17, 2008. We therefore respectfully ask that his travel authorization be extended to July 18, 2008 just in case there are any delays with the July 17th flight. I have conferred with Assistant United States Attorney David O'Neil, who consents to this modification on behalf of the Government.

Respectfully submitted,

Fiona Doherty

Fiona Doherty
Attorney for **Martin Amoah**
(212) 417-8734

SO ORDERED:

*Loretta A Preska*

June 24, 2008

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Honorable Loretta A. Preska  
United States District Judge  
Southern District of New York

June 24, 2008  
Page 2

Re: **United States v. Martin Amoah**  
07 Cr. 974 (LAP)

cc: Mr. David A. O'Neil, Esq.  
Assistant United States Attorney (by fax)

Mr. Jason Lerman  
Pretrial Services Officer (by fax)